# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES DUFFY,** | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **8:03CV31** |
| | ) | |
| **FATHER FLANAGAN'S BOYS HOME,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| **LANCE RIVERS,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:03CV162** |
| | ) | |
| vs. | ) | |
| | ) | |
| **FATHER FLANAGAN'S BOYS HOME,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties. On September 29, 2004, the above matters were consolidated for purposes of discovery and progression toward trial pursuant to Fed. R. Civ. P. 42(a). Due to the circumstances surrounding each of the separate matters they will proceed on separate discovery and progression schedules. Accordingly,

**IT IS ORDERED:**

The above-captioned cases are no longer consolidated for any purpose.

DATED this 28th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge