## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES DUFFY, ) | |
| ) | 8:03CV31 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FATHER FLANNAGAN'S BOYS HOME, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court *sua sponte*.

Due to the court's docket, the trial of this matter will be advanced to commence at **8:30 a.m. on March 6, 2006**, before Judge Laurie Smith Camp and a jury, in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference will remain as scheduled before Magistrate Judge Thomas D. Thalken on February 27, 2006, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED this 23rd day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
