IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAMES DUFFY, a single man,** | CASE NO. 8:03CV31 |
| Plaintiff, | |
| vs. | ORDER SCHEDULING HEARING ON MOTIONS IN LIMINE |
| **FATHER FLANAGAN'S BOYS HOME, a Nebraska corporation,** | |
| Defendant. | |

This matter is before the Court on the Defendant's Motions in Limine (Filing Nos. 71 and 73). It appears that an evidentiary hearing and oral argument may assist in the resolution of these issues. Accordingly,

**IT IS ORDERED** that an evidentiary hearing and oral argument on the Defendant's motions in limine is scheduled before the undersigned for **Wednesday, December 21, 2005, at 1:30 p.m.** in Courtroom No. 2, in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, 68102.

DATED this 3rd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge