IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES DUFFY, a single man,       )<br>                                                    )<br>     Plaintiff,                                )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>FATHER FLANAGAN'S BOYS      )<br>HOME, a Nebraska corporation, )<br>                                                    )<br>     Defendant.                           ) | CASE NO.  8:03CV31<br><br>ORDER RESCHEDULING<br>HEARING ON<br>MOTIONS IN LIMINE |

This matter is before the Court on the Defendant's Motion for Enlargement of Time for the Deadlines in the Second Amended Progression Order (Filing No. 76). The Defendant seeks relief from the deposition deadline of November 30, 2005, to allow depositions to be taken in January 2006.  The Defendant also asks the Court to dedicate two days to the evidentiary hearing on Defendant's motions in limine. Both requests will be granted.  However, nearly every work day on the Court's calendar through the date of the trial in this case (and for several weeks beyond), has a full schedule. The only two-day period now available is during a week that is generally unpopular with attorneys and witnesses -- the week of December 26. Accordingly,

**IT IS ORDERED**:

1. The deposition deadline set forth in the Second Amended Progression Order dated July 13, 2005, is amended and extended to January 31, 2006;

2. The evidentiary hearing and oral argument on the Defendant's motions in limine is rescheduled for **Wednesday and Thursday, December 28 and December 29, 2005, beginning at 9:00 a.m.** in Courtroom No. 2, in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, 68102. The evidentiary hearing previously scheduled for Wednesday, December 21, 2005, at 1:30 is cancelled; and

3. The trial shall commence as previously scheduled on Monday, March 6, 2006, and no requests for extensions of the trial date shall be entertained.

DATED this 8th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge