IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAMES DUFFY, a single man,** | CASE NO. 8:03CV31 |
| Plaintiff, | |
| vs. | ORDER RESCHEDULING HEARING ON MOTIONS IN LIMINE |
| **FATHER FLANAGAN'S BOYS HOME, a Nebraska corporation,** | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Motion to Reschedule the hearing on the motion in limine. (Filing No. 78). The parties have agreed to be available for the hearing on December 21 and 22, 2005. The Court is able to afford the parties several hours during those two days. Accordingly,

**IT IS ORDERED**:

1. The Plaintiff's Motion to Reschedule (Filing No. 78) is granted; and

2. The evidentiary hearing and oral argument on the Defendant's motions in limine is rescheduled for **Wednesday and Thursday, December 21 and December 22, 2005, beginning at 9:00 a.m.,** in Courtroom No. 2, in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, 68102. The evidentiary hearing previously scheduled to begin on Wednesday, December 28, 2005 for two days is cancelled.

DATED this 14th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge