IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAMES DUFFY, a single man,** | **CASE NO. 8:03CV31** |
| **Plaintiff,** | |
| | **ORDER** |
| vs. | |
| **FATHER FLANAGAN'S BOYS HOME, a Nebraska corporation,** | |
| **Defendant.** | |

Upon representation from the Defendant's counsel that the Defendant wishes to withdraw its Motion in Limine (Filing No. 71),

IT IS ORDERED:

1. The Motion in Limine (Filing No. 71) is deemed withdrawn, and the Clerk of the Court is directed to terminate the motion and all related deadlines established by Order at Filing No. 90; and

2. The evidentiary hearing and oral argument previously scheduled for Wednesday and Thursday, December 21 and December 22, 2005, is hereby cancelled.

DATED this 8th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge