# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES DUFFY, | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:03CV31 |
| | ) | |
| FATHER FLANAGAN'S BOYS HOME, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's Motion for Leave to File Motion for Summary Judgment Out of Time (Filing No. 92). Because the matter is set for trial on March 6, 2006, the court must rule on the defendant's motion forthwith. Accordingly,

**IT IS ORDERED:**

1. The plaintiff shall have to **on or before December 19, 2005**, to file a response to the motion.

2. The defendant's reply shall be filed **on or before December 22, 2005**.

DATED this 12th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge